IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNATHAN LEWIS,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 2:25-CV-01201 |
| | : | |
| **NEW JERSEY MANUFACTURERS** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this ___22ND___ day of October, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), Plaintiff's response thereto (ECF No. 8), and Defendants' reply (ECF No. 9), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.   The dismissal of Count II shall be without prejudice to Plaintiff's right to timely seek amendment to reinstate the claim if he can allege sufficient facts to support it.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge